### M. H. Boals Planing Mill Company, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railroad Company, appellant.

Action to recover damages for planing mill destroyed by fire communicated by railroad locomotive. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 25, 1920.

D. E. Keefe and S. W. Baxter, for appellant; L. J. Hackney and F. L. Littleton, of counsel. D. G. Williamson and N. L. Ryder, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.

---

Mr. Justice Eagleton delivered the opinion of the court.